01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,        )    CASE NO. MJ 07-581
                                     )
09          Plaintiff,               )
                                     )
10      v.                           )
                                     )    DETENTION ORDER
11  AFSHIN REZAEI,                   )
                                     )
12          Defendant.               )
    _____ )

13

14  Offense charged:

15      Conspiracy; Exported From the U.S. to Iran Goods and Technology without Required

16  Authorization from the Secretary of the United States Department of Treasury; Forfeiture

17  Date of Detention Hearing:    Initial Appearance, December 17, 2007.

18      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  that no condition or combination of conditions which defendant can meet will reasonably assure

21  the appearance of defendant as required and the safety of other persons and the community.

22  / / /

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 1

01   <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02       (1)    Defendant is reportedly a citizen of Iran, residing and working in Vancouver,

03   British Columbia.  An immigration detainer has been filed.  The issue of detention in this case is

04   therefore essentially moot, as the defendant would be released to immigration custody if not

05   detained in this case. He has not been interviewed by Pretrial Services, and no additional

06   background information is available at this time.

07       (2)    There does not appear to be any condition or combination of conditions that will

08   reasonably assure the defendant's appearance at future Court hearings while addressing the danger

09   to other persons or the community.

10   It is therefore ORDERED:

11       (1)    Defendant shall be detained pending trial and committed to the custody of the

12       Attorney General for confinement in a correction facility separate, to the extent

13       practicable, from persons awaiting or serving sentences or being held in custody

14       pending appeal;

15       (2)    Defendant shall be afforded reasonable opportunity for private consultation with

16       counsel;

17       (3)    On order of a court of the United States or on request of an attorney for the

18       Government, the person in charge of the corrections facility in which defendant is

19       confined shall deliver the defendant to a United States Marshal for the purpose of

20       an appearance in connection with a court proceeding; and

21       (4)    The clerk shall direct copies of this Order to counsel for the United States, to

22       counsel for the defendant, to the United States Marshal, and to the United States

DETENTION ORDER                                     15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 2

01          Pretrial Services Officer.

02      DATED this 18th day of December, 2007.

03

04                              _____
                                Mary Alice Theiler
                                United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 3